18285.  HARDEMAN *v.* THE STATE.

BROYLES, C. J.  In a criminal case where upon the trial the defendant makes a statement to the jury which is in direct conflict with the evidence for the State, and where the statement, if believed by the jury, would demand an acquittal, it is reversible error for the judge, even in the absence of a written request, to fail to instruct the jury that they may believe the statement in preference to the sworn testimony in the case.  *Bullard* v. *State*, 31 *Ga. App.* 559 (121 S. E. 130), and cit.

Under the above-stated ruling and the facts of the instant case, the court erred in its charge to the jury and in refusing to grant a new trial.

*Judgment reversed.  Luke and Bloodworth, JJ., concur.*

DECIDED JULY 26, 1927.

Assault with intent to murder; from Morgan superior court—Judge Park.  June 7, 1927.

*A. G. Foster, A. S. Thurman,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1018, n. 20; p. 1061, n. 61.

---

18286.  ALEXANDER *v.* THE STATE.

A conviction of selling intoxicating liquor was authorized by the evidence.

DECIDED JULY 26, 1927.

Selling liquor; from Clayton superior court—Judge Hutcheson.  May 23, 1927.

Application for certiorari was denied by the Supreme Court.

*Lowndes Calhoun,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

LUKE, J.  Alexander was convicted of violating the prohibition statute.  A witness testified positively that he bought for a cash consideration a quantity of whisky from the defendant; and the jury, as they had a right to do, believed this evidence.  The two special grounds of the motion for a new trial, which complain of the court's rulings on admissibility of evidence, even if technically correct, show no error.  The verdict was authorized by the evidence, and was approved by the court.  The motion for a new trial was properly overruled.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

Criminal Law, 17 C. J. p. 252, n. 16; p. 271, n. 41; p. 317, n. 10.
Intoxicating Liquors, 33 C. J. p. 764, n. 1; p. 786, n. 46.